UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,

            Plaintiff,

- against -

U.S. IMMIGRATION AND CUSTO/MS ENFORCEMENT,

            Defendant.

Case No. 21-cv 02443

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES & COSTS

Upon consideration of the parties' stipulation and joint motion for an extension of time for Plaintiff Brennan Center for Justice at New York University School of Law ("Plaintiff") to file a motion for attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E), this Court **GRANTS** the motion.

Accordingly, Plaintiff has until 60 days from when the parties have reached resolution regarding any new exemptions, or a ruling on any new motion for summary judgment, or a denial from the Court on an application by Plaintiff to file a new motion for summary judgment to file a motion for attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E).

IT IS SO ORDERED, *but no subsequent adjournments!*

DATED this 26 day of January, 2022

                                                                        _____
                                                                         The Honorable Jed S. Rakoff
                                                                         United States District Judge