**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,

Plaintiff,

-v-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

No. 21 Civ. 2443 (JSR)

## STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL

WHEREAS, on November 3, 2020, plaintiff Brennan Center for Justice at New York University School of Law ("Plaintiff") submitted a request (the "Request") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to U.S. Immigration and Customs Enforcement ("ICE");

WHEREAS, on March 19, 2021, Plaintiff filed this action challenging ICE's response to the Request;

WHEREAS, ICE subsequently produced additional documents and the parties litigated over the adequacy of ICE's searches and certain withholdings;

WHEREAS, the parties have now resolved all issues related to ICE's responses to the Request, and agree that the only outstanding issue in this case is Plaintiff's claim for attorneys' fees and costs; and

WHEREAS the parties wish to resolve Plaintiff's claim for attorneys' fees and costs consensually and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1.      Pursuant to 5 U.S.C. § 552(a)(4)(E), as soon as reasonably practicable after the Court has endorsed and docketed this Stipulation and Order, ICE shall pay to Plaintiff the sum of eighty thousand dollars ($80,000) for attorneys' fees and litigation costs. This payment shall constitute full and final satisfaction of any claims by Plaintiff for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfers, and counsel for Plaintiff will provide the necessary information to counsel for the ICE to effectuate the transfers.

2.      Plaintiff releases and discharges ICE and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims that Plaintiff asserted, or could have asserted, in this litigation arising out of the Request.

3.      This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4.      Nothing in this Stipulation and Order shall constitute an admission that the ICE is liable for any attorneys' fees or litigation costs, or that Plaintiff "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or is entitled to or eligible for any attorneys' fees or litigation costs. Nor shall anything in this Stipulation and Order constitute an admission that the amount here agreed upon covers all of the time that could, in Plaintiff's view, be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of resolving a disputed claim in this case and avoiding the expenses and risks of further litigation concerning Plaintiff's claim for attorneys' fees and litigation costs. Except as provided for in paragraph 2 above, this Stipulation and Order is non-

precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiff under FOIA.

5.  This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6.  This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date:  New York, New York
       February 27, 2024

DAVIS WRIGHT TREMAINE LLP
*Attorney for Plaintiff Brennan Center for*
*Justice at New York University School of Law*

By: _____
THOMAS R. BURKE
JESSE FEITEL

Thomas R. Burke
50 California Street, 23rd Floor
San Francisco, CA 94111
Tel.: (415) 276-6552
Email: ThomasBurke@dwt.com

Jesse Feitel
1251 Avenue of the Americas, 21st Fl.
New York, NY 10020
Tel.: (212) 603-6486
Email: JesseFeitel@dwt.com

Date:  New York, New York
       February 27, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for ICE*

By: _____
JEAN-DAVID BARNEA
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

SO ORDERED:

_____
HON. JED S. RAKOFF   2-28-24
UNITED STATES DISTRICT JUDGE

3